HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sevilla

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:22CR124-JAM |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE STATUS** |
| | ) | **HEARING; [PROPOSED FINDINGS AND** |
| vs. | ) | **ORDER]** |
| | ) | |
| KENNY SEVILLA, | ) | Date:  June 6, 2023 |
| | ) | Time:  2:00 p.m. |
| Defendant. | ) | Judge: Hon. Kendall J. Newman |
| | ) | |

## I.

## STIPULATION

1.  The Court previously set this matter for a status hearing to take place on June 6, 2023 duty calendar before Judge Newman.

2.  Mr. Sevilla requests that the status hearing be continued to the duty calendar on June 8, 2023 at 2 p.m. before Judge Delaney.  Defense counsel must be in Oklahoma for a sentencing hearing in another case on June 5, 2023.  He is concerned that he will not return in time for the currently scheduled status hearing in the instant case.

3.  Neither the U.S. government nor Mr. Sevilla's assigned U.S. Probation Officer, Laura Giusto, object to Mr. Sevilla's request.  They are both available on the requested date.

IT IS SO STIPULATED.

//

//

//

STIPULATION                                    -1-                          *United States v. Sevilla,*
                                                                                    *2:22cr124-JAM*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 30, 2023

*/s/  Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Sevilla

Date: May 30, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Haddy Abouzeid*
HADDY ABOUZEID
Assistant United States Attorney
Attorneys for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: June 1, 2023

HON. JEREMY D. PETERSON
United States Magistrate Judge