HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sevilla

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22CR124-JAM |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS HEARING; FINDINGS AND ORDER]** |
| vs. | Date: June 8, 2023 |
| KENNY SEVILLA, | Time: 2:00 p.m. |
| Defendant. | Judge: Hon. Kendall J. Newman |

# I.

# **STIPULATION**

1. The Court previously set this matter for a status hearing to take place on the June 8, 2023 duty calendar.

2. The parties request that the status hearing be continued to the duty calendar on July 17, 2023 at 2 p.m. before Judge Claire so that Mr. Sevilla can demonstrate continued compliance with his supervised release conditions before the government decides on whether to dismiss or not the violation petition at ECF no. 6.

3. Mr. Sevilla's assigned U.S. Probation Officer, Laura Giusto, does not object to the request.

IT IS SO STIPULATED.

//

//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 6, 2023 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Sevilla |
| Date: June 6, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Haddy Abouzeid*<br>HADDY ABOUZEID<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  June 7, 2023

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE