```
HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Sevilla
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:22CR124-JAM |
| Plaintiff, | **STIPULATION TO CONTINUE ADMIT/DENY HEARING; FINDINGS AND ORDER** |
| vs. | |
| KENNY SEVILLA, | Date:   January 9, 2024<br>Time: 9:00 a.m.<br>Judge: Hon. John A. Mendez |
| Defendant. | |

### I.

### **STIPULATION**

1. The Court previously set this matter for a status hearing to take place on the January 9, 2024.

2. The parties request that the admit/deny hearing be **CONTINUED** to **January 23, 2024, at 9:00 a.m.**  The Probation Officer plans to file a superseding petition and Mr. Sevilla needs to get re-arraigned prior to any admit/deny hearing.

IT IS SO STIPULATED.

//

//

//

//

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | Date: January 4, 2024 | */s/ Hootan Baigmohammadi* |
| 4 | | HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender |
| 5 | | Attorneys for Defendant<br>Mr. Sevilla |
| 8 | Date: January 4, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| 10 | | */s/ Haddy Abouzeid*<br>HADDY ABOUZEID<br>Assistant United States Attorney |
| 11 | | Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 04, 2024                   /s/ John A. Mendez
                                          THE HONORABLE JOHN A. MENDEZ
                                          SENIOR UNITED STATES DISTRICT JUDGE