```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  HOOTAN BAIGMOHAMMADI, SBN 279105
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   T: (916) 498-5700
5  F: (916) 498-5710

6  Attorneys for Defendant
   Mr. Sevilla
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:22-cr-00124-JAM |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE DISPOSITION** |
| vs. | ) **HEARING; FINDINGS AND ORDER]** |
| KENNY SEVILLA, | ) Date: February 27, 2024 |
|  | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. John A. Mendez |

# I.

# **STIPULATION**

1. The Court previously set this matter for a dispositional hearing to take place on February 27, 2024.

2. Mr. Sevilla request that the dispositional hearing be continued to **March 12, 2024, at 9:00 a.m.** He needs additional time to adequately prepare for the hearing.

3. The government does not object and U.S. Probation is available at the requested date and time.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION                                    -1-                      *United States v. Sevilla*,
                                                                         2:22cr124-JAM

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: February 20, 2024 | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>Mr. Sevilla |
| Date: February 20, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
|   | */s/ Haddy Abouzeid*<br>HADDY ABOUZEID<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, **ADOPTS** the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: February 22, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE